# LAW OFFICES OF
# MELISSA A. HUELSMAN, P.S.
*705 Second Avenue, Suite 601 ~ Seattle, WA 98104*
*(206) 447-0103 ~ FAX (206) 673-8220*
*E-mail:* mhuelsman@predatorylendinglaw.com

August 16, 2013

Honorable Richard Jones
United States District Court
700 Stewart Street, Courtroom 13128
Seattle, Washington 98101

Re:  <u>Singh v. Bank of America, et al.</u>; Case No. 13-01125-RAJ

Dear Judge Jones:

I write regarding the Order entered by the Court today, August 16, 2013, dealing with the pending Motion to Dismiss.  I wanted the Court to know that I am embarrassed by the calendaring errors which occurred in my office and I have taken steps to make sure that it does not happen again – no matter how busy the office becomes.  But I also wanted the Court to know that I have had previous experiences with the U.S. District Court whereby some judges have chastised myself and opposing counsel for trying to submit a stipulation and proposed order which changes deadlines required under the Federal Rules of Civil Procedure.  Because of these past experiences, I did not contact my opposing counsel to try to get this matter resolved and this imposed further burdens upon the Court, which I regret.  I will bear your order in mind and will use the same strategies that I would use in state court litigation in the future – in the event of a scheduling problem, contact opposing counsel to see if we can resolve the matter between us before turning to the Court for resolution.

I apologize again for my mistakes.  I take full responsibility for them and will do everything in my power to make certain that nothing like this happens again in this case or any other.

Very truly yours,

LAW OFFICES OF MELISSA A. HUELSMAN, P.S.

*Melissa A. Huelsman /s/*

Melissa A. Huelsman

Cc:    Jody M. McCormick
       Witherspoon Kelley